BEULAH I. TIMANUS *v.* JOHN J. TIMANUS

[No. 62, October Term, 1939.]

*Decided January 10th, 1940.*

The cause was argued before BOND, C. J., PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Sophie K. Nordenholz* and *Wendell D. Allen,* for the appellant.

*J. Howard Murray* and *John Grason Turnbull,* for the appellee.

DELAPLAINE, J., delivered the opinion of the Court.